In re McGee, Betty, Widow of James Edward McGee; Blanchard, Donna M.; Gekler, Connie Day; Massarini, Jan M.; McGee, David L.; McGee, Deborah Y.; McGee, James D.; McGee, Peggy L.; McGee, James Edward; — Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. D, No. 2000-11504; to the Court of Appeal, Fourth Circuit, No. 2004-C-1947.
Denied.
CALOGERO, C.J., would grant the writ.
JOHNSON, J., would grant the writ.
VICTORY, J., would grant the writ.